UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. |
| Plaintiff, | : | INDICTMENT |
| v. | : | 18 U.S.C. § 1952(a)(3) |
| | : | 21 U.S.C. § 846 |
| ASIA HUNT, | : | |
| Defendant. | : | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

Between a beginning date unknown, but at least by in or around February 2019, and on or about February 28, 2019, in the Southern District of Ohio, and elsewhere, defendant **ASIA HUNT** and others unknown to the Grand Jury, knowingly and intentionally conspired to possess with intent to distribute and to distribute:

    a. 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl], a Schedule II controlled substance, a Schedule II controlled substance;

    b.    1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance;

in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

[18 U.S.C. § 1952(a)(3)]

On or about February 28, 2019, in the Southern District of Ohio, and elsewhere, defendant **ASIA HUNT** traveled in interstate commerce from the State of California to the State of Ohio, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity - namely, a business enterprise involving controlled substances - and thereafter performed and

attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL

_____
Foreperson

BENJAMIN C. GLASSMAN
United States Attorney

_____
BRENT G. TABACCHI
Assistant United States Attorney